No. 91–999.   GARMAN CONSTRUCTION CO. *v.* MARTIN ET AL. C. A. 7th Cir.   Motion of Associated Builders & Contractors, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 91–1021.   CURRY *v.* NASCO, INC.   C. A. 5th Cir.   Motion of David L. Hoskins et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 91–1059.   VIACOM INTERNATIONAL, INC. *v.* ICAHN ET AL. C. A. 2d Cir.   Motion of petitioner to seal part of petition for writ of certiorari granted.   Certiorari denied.

No. 91–1073.   ARIZONA *v.* MULLET.   Ct. App. Ariz.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 91–1132.   FREEPORT-MCMORAN INC. ET AL. *v.* K N ENERGY, INC.   C. A. 10th Cir.   Certiorari denied.   JUSTICE SOUTER took no part in the consideration or decision of this petition.